101 P.3d 689

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**October 12, 2004**

| 25997 | Doe, In re | Affirmed |
|-------|------------|----------|
| 25801 | Doe Children, In re | Affirmed |
| 25722 | State v. Rabang | Affirmed |

**October 14, 2004**

| 25452 | State v. Marcos | Affirmed |
|-------|-----------------|----------|

**November 24, 2004**

| 25528 | Hawaiian Ins. & Guar. Co., Ltd. v. Ho | Affirmed |
|-------|----------------------------------------|----------|

**November 29, 2004**

| 25689 | State v. Maluia | Affirmed |
|-------|-----------------|----------|

**November 30, 2004**

| 25621 | State v. Luu | Affirmed |
|-------|--------------|----------|

**December 3, 2004**

| 24680 | State v. Preble | Affirmed |
|-------|-----------------|----------|

**December 6, 2004**

| 25639 | Giles v. Giles | Affirmed |
|-------|----------------|----------|

**December 10, 2004**

| 25707 | Aholelei v. State | Affirmed |
|-------|-------------------|----------|
| 25940 | State v. Lealaitafea | Affirmed |